UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
JUL 07 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                      INDICTMENT NO. 22-76-DCR
                                        18 U.S.C. § 922(g)

FARRELL MARCUM

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about March 29, 2021, in Estill County, in the Eastern District of Kentucky, and elsewhere,

**FARRELL MARCUM,**

knowing that he had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Taurus pistol, Model G3, 9mm caliber, SN: ACA411568, all in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATIONS**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest, **FARRELL MARCUM** has in the below-described property is vested in

the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, including but not limited to:

**FIREARMS AND AMMUNITION:**

a)  Taurus pistol, Model G3, 9mm caliber, SN: ACA411568; and

b)  Any and all associated ammunition.

A TRUE BILL

FOREPERSON

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 10 years imprisonment, not more than a $250,000.00 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of listed items.