UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 5: 22-076-DCR |
| ) | |
| V. ) | |
| ) | |
| FARRELL MARCUM, ) | **PRELIMINARY JUDGMENT** |
| ) | **OF FORFEITURE** |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Based upon the indictment and plea agreement, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The United States' motion for entry of a Preliminary Order of Forfeiture [Record No. 22] is **GRANTED**.

2. The following property is condemned and forfeited to the United States of America pursuant to 18 U.S.C. 924(d) and 28 U.S.C. § 2461:

**FIREARMS AND AMMUNITION:**
   a)     Taurus pistol, model G3, 9mm caliber, s/n ACA411568, and
   b)     Assorted ammunition.

3. The United States, or an agent thereof, is directed to seize forthwith the previously described forfeited property and dispose of the property in accordance with the law. The United States, or an agent thereof, is directed provide notice by publication according to the law.

- 2 -

      4.      The United States is authorized to conduct appropriate discovery and any necessary ancillary proceedings as provided by 21 U.S.C. § 853(n), as to the rights of third parties who may have an interest in the property forfeited herein.

      5.      Pursuant to Rule 32.2(b)(4), this Order shall become final with respect to the defendant at the time of sentencing and made part of the sentence and included in the judgment.

      6.      This Court retains jurisdiction for the purpose of enforcing this Order.

      7.      The Clerk of Court is directed provide copies of this Order to counsel of record and the United States Probation Office.

Dated: August 30, 2022.

*Danny C. Reeves, Chief Judge*
United States District Court
Eastern District of Kentucky