UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 22-076-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| FARRELL MARCUM, | ) | **ORDER AND NOTICE** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

In accordance with Rule 32(h) of the Federal Rules of Criminal Procedure, notice of a possible upward departure from the United States Sentencing Guidelines ("U.S.S.G.") is given to the parties. The parties should be prepared to address during the upcoming sentencing hearing whether reliable information indicates that the defendant's criminal history category substantially under-represents the seriousness of the defendant's criminal history or the likelihood that the defendant will commit other crimes. U.S.S.G. §4A1.3(a).

It is further **ORDERED** that the parties are directed to also address during the upcoming sentencing hearing whether the sentence to be imposed in this case should be imposed to run consecutive or concurrent to the anticipated state sentence for conduct (other than count four) described in paragraph forty-five of Marcum's Presentence Investigation Report. *See* U.S.S.G. §5G1.3(c).

Dated: December 1, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky