UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No.  5: 22-CR-076-DCR-1     at: Lexington     Date: December 9, 2022

USA vs. Farrel Marcum     X present    X custody    __ bond    __ OR    Age __

**DOCKET ENTRY:** The parties appeared for a sentencing hearing as noted. United States Probation Officer Troy Brown also was present. The parties stated their respective position regarding the Court's Notice [Record No. 24] of the potential imposition of an increase of the defendant's Criminal History Category under USSG §4A1.3(a). After hearing arguments of counsel, the Court determined that the defendant's Criminal History Category should be increased from II to IV for the reasons stated on the record. The Court adopts the findings contained in the PSR and the additional findings made on the record regarding the defendant's Criminal History Category. The PSR shall be filed in the record under seal. The government's oral motion for a third-level reduction for acceptance credit is **SUSTAINED**. The parties were advised of their appellate rights.

PRESENT:  HON. DANNY C. REEVES, CHIEF U. S. DISTRICT JUDGE

| Dulce Combs | Linda Mullen | none | Emily K. Greenfield |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant  George Scott Hayworth    X present    __ retained    X appointed

**PROCEEDINGS: SENTENCING** (non-evidentiary)

____  Objection to Presentence Report.

 X   No objection to Presentence Report.

 X   In the event the defendant does not file a Notice of Appeal, and after the 14-day period has expired for filing a Notice of Appeal, counsel for the defendant is instructed to file a statement in the record indicating he has conferred with the defendant and that the decision not to file a Notice of Appeal is his decision.

____  The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

 X   Court's Advice of Right to Appeal provided to defendant.

 X   Transcript shall be deemed as written findings of Court.

 X   Judgment shall be entered (See Judgment & Commitment.)

 X   Defendant remanded to custody of United States Marshal pending designation by Bureau of Prisons.

Copies:  COR, USP, USM

Initials of Deputy Clerk:    dc
TIC:    1/09

1